UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| LISA DAVIS,<br>    Plaintiff,<br><br>vs.<br><br>DIVERSIFIED COLLECTION SERVICES, INC.; and<br>DOES 1 to 10, inclusive,<br>    Defendant. | Civil Action No. |

## COMPLAINT AND DEMAND FOR JURY TRIAL

### I. INTRODUCTION

1. This is an action for actual and statutory damages brought by plaintiff Lisa Davis (hereinafter "Lisa"), an individual consumer, against defendant Diversified Collection Services, Inc. for violations of the Fair Debt Collection Practices Act, 15 U.S.C. § 1692 et seq. (hereinafter "FDCPA") which prohibits debt collectors from engaging in abusive, deceptive, and unfair practices.

### II. JURISDICTION

2. Jurisdiction of this court arises under 15 U.S.C. § 1692k(d) and 28 U.S.C. § 1337 and § 1331. Venue in this District is proper in that the Defendant transacts business here and the conduct complained of occurred here.

### III. PARTIES

3. Plaintiff, Lisa Davis is a consumer, a natural person allegedly obligated to pay any debt, residing in Maricopa County, in the state of Arizona.

4. Defendant, Diversified Collection Services, Inc. is a foreign corporation engaged in the business of collecting debt in this state with its principal place of business located in Alameda County at 333 North Canyons Parkway, Suite 100, Livermore, California,

94551. The principal purpose of Defendant is the collection of debts in this state and Defendant regularly attempts to collect debts alleged to be due another.

5. Defendant is engaged in the collection of debts from consumers using the mail and telephone. Defendant regularly attempts to collect consumer debts alleged to be due to another. Defendant is a "debt collector" as defined by the FDCPA, 15 U.S.C. § 1692a(6).

## IV. FACTUAL ALLEGATIONS

6. Upon information and belief, within one year prior to the filing of this complaint, Defendant called Lisa; seeking and demanding payment for an alleged consumer debt owed under an account number.

7. The debt that Defendant is attempting to collect on is an alleged obligation of a consumer to pay money arising out of a transaction in which the money, property, insurance or services which are the subject of the transaction are primarily for personal, family, or household purposes, whether or not such obligation has been reduced to judgment.

8. Upon information and belief, Defendant began contacting Lisa and placing collection calls to Lisa sometime in early 2012.

9. Upon information and belief, within one year from the filing of this complaint, Defendant called Lisa, and threatened to garnish her wages itself, when Defendant cannot itself garnish her wages, and at the most in regards to federal student loans can only assist the creditor in the garnishment process.

10. Defendant utilized unfair and unconscionable means to collect on Lisa's alleged debt, by lying to and/or misleading Lisa as mentioned above.

11. As a result of the acts alleged above, Lisa suffered emotional distress resulting in her feeling stressed, amongst other negative emotions.

12. Defendant's illegal abusive collection communications as more fully described above were the direct and proximate cause of severe emotional distress on the part of Lisa.

## V. CLAIM FOR RELIEF

13. Dale repeats and realleges and incorporates by reference to the foregoing paragraphs.

14. Defendant violated the FDCPA. Defendant's violations include, but are not limited to, the following:

    (a) Defendant violated *§1692f* of the FDCPA by using unfair or

unconscionable means in connection with the collection of an alleged debt; and

(b) Defendant violated *§1692e(10)* of the FDCPA by using false, deceptive, or misleading representation or means in connection with the collection of Plaintiff's alleged debt; and

(c) Defendant violated *§1692e(2)(B)* of the FDCPA by falsely representing the services rendered or compensation which may be lawfully received by the Defendant for the collection of the alleged debt.

15. Defendant's acts as described above were done intentionally with the purpose of coercing Lisa to pay the alleged debt.

16. As a result of the foregoing violations of the FDCPA, Defendant is liable to the plaintiff Lisa Davis for actual damages, statutory damages, and costs and attorney fees.

WHEREFORE, Plaintiff Lisa Davis respectfully requests that judgment be entered against defendant Diversified Collection Services, Inc. for the following:

A. Actual damages from each Defendant pursuant to 15 U.S.C. § 1692k(a)(1) for the emotional distress suffered as a result of the intentional and/or negligent FDCPA violations, in an amount to be determined at trial and for Plaintiff.
B. Statutory damages pursuant to 15 U.S.C. § 1692k.
C. Costs and reasonable attorney fees pursuant to 15 U.S.C. § 1692k.
D. For such other and further relief as the Court may deem just and proper.

DATED: March 26, 2012

RESPECTFULLY SUBMITTED,
By: _____
David Chami, Esq.
PRICE LAW GROUP, APC
5420 S. Lakeshore Drive, Suite 102
Tempe, AZ 85283
Phone: (866) 881-2133
Fax: (866) 401-1457
Email: david@pricelawgroup.com

### *DEMAND FOR JURY TRIAL*

Please take notice that plaintiff Lisa Davis demands trial by jury in this action.