David Chami (SBN 027585)
**PRICE LAW GROUP, APC**
1204 E. Baseline Road, Suite 102
Tempe, AZ 85283
T: 800-884-6000
Fax: 480-777-5934
David@pricelawgroup.com

Attorneys for Plaintiff,
LISA DAVIS

# UNITED STATES DISTRICT COURT

# DISTRICT OF ARIZONA

| | |
|---|---|
| LISA DAVIS | Case No.: 2:12-cv-00660-DGC |
| Plaintiff, | **VOLUNTARY DISMISSAL** |
| vs. | |
| DIVERSIFIED COLLECTION SERVICES; and DOES 1 to 10, inclusive, | |
| Defendants. | |

## <u>VOLUNTARY DISMISSAL WITH PREJUDICE</u>

Plaintiff LISA DAVIS (hereinafter "Plaintiff"), by and through her

attorneys, PRICE LAW GROUP APC, hereby voluntarily dismisses the above-

entitled case with prejudice.

RESPECTFULLY SUBMITTED,

DATED: July 24, 2012 **PRICE LAW GROUP APC**

By: /s/ David Chami
David Chami
Attorney for Plaintiff

VOLUNTARY DISMISSAL